IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK MCHENRY
ADC # 143724                                                              PLAINTIFF

v.                          No. 5:12-cv-60-DPM-JJV

KENDRICK J. NELSON, Sgt.,
Maximum Security Unit, ADC;
ANTHONY L. JACKSON, Lt.,
Maximum Security Unit, ADC;
CAROLYN EASON, Sgt.,
Maximum Security Unit, ADC;
WILLIE BANKSTON, Sgt.,
Maximum Security Unit, ADC;
YOLANDA J. BROWN, Sgt.,
Maximum Security Unit, ADC                                              DEFENDANTS

ORDER

The parties' joint motion to dismiss this case, *Document No. 14*, is granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 August 2012